<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8093**

RICCARDO DARNELL JONES,

                Plaintiff - Appellant,

     v.

SERGEANT D. RIGGS; ERIC DYE; SUPERINTENDENT KEITH WHITENER;
ASSISTANT SUPERINTENDENT HERNANDEZ,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:08-cv-00092-GCM)

Submitted:  November 20, 2008     Decided:  December 2, 2008

Before MOTZ and GREGORY, Circuit Judges, and  HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Riccardo Darnell Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riccardo Darnell Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Jones v. Riggs</u>, No. 5:08-cv-00092-GCM (W.D.N.C. Aug. 13, 2008). We deny Jones' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>